OPINION — AG — THE OKLAHOMA TAX COMMISSION MUST FURNISH UPON THE REQUEST OF THE COUNTY ASSESSOR, ANY INFORMATION SHOWN BY ITS FILES AND RECORDS RELATING TO ANY REAL PROPERTY AND PERSONAL PROPERTY, HOWEVER, THE TAX COMMISSION IS PROHIBITED FROM FURNISHING ANY ADDITIONAL INFORMATION UNRELATED TO THE ASSESSMENT OF SAID REAL AND PERSONAL PROPERTY. CITE: 68 O.S. 1965 Supp., 2403 [68-2403], 68 O.S. 1965 Supp., 205 [68-205] (JOSEPH MUSKRAT)